## William A. Holland, Appellee, v. Chicago Transit Authority, Appellant.

Gen. No. 44,471.

opinion filed March 16, 1949; released for publication April 11, 1949. Werner W. Schroeder, William S. Allen, Harry I. Parsons and Arthur J. Donovan, for appellant; John A. Zvetina and Henry Pollenz, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.